# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TONY COWELL,

    Plaintiff,

v.                                                                                Case No. 6:21-cv-820-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, the Court remanded this case following the Commissioner's motion to reevaluate Plaintiff's claim. (Doc. 34.) Plaintiff's counsel now moves to recover attorney's fees from Plaintiff under 42 U.S.C. § 406(b). (Doc. 40 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price recommends granting the Motion and allowing a recovery of $ 16,362.08. (Doc. 41 ("R&R").) No objections were filed and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 41) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's counsel's Motion (Doc. 40) is **GRANTED**.

3. Plaintiff's counsel is **AUTHORIZED** to charge and collect $ 16,362.08 from Plaintiff.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 14, 2023.

ROY B. DALTON JR.
United States District Judge